# EXHIBIT 3

**Pinkus, Brett**

**From:** Erick Robinson <erobinson@CJSJLAW.com>
**Sent:** Thursday, June 18, 2026 3:04 PM
**To:** Pinkus, Brett; Charles R. Macedo
**Cc:** Greg Love; Lewis Derenzis III; WaveMaker; Joshua Jacobson; Ari Rafilson; Grace Yang; Mark Siegmund
**Subject:** Re: Native Pixel, Inc. v. WaveMaker, Inc.

**External E-Mail**

That works.

**Erick S. Robinson**
Partner
**CHERRY JOHNSON SIEGMUND JAMES, PC**
**P:** (713) 498-6047

---

**From:** Pinkus, Brett <bpinkus@spencerfane.com>
**Sent:** Thursday, June 18, 2026 2:47 PM
**To:** Erick Robinson <erobinson@CJSJLAW.com>; Charles R. Macedo <cmacedo@ARELAW.com>
**Cc:** Greg Love <glove@cjsjlaw.com>; Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Native Pixel, Inc. v. WaveMaker, Inc.

Erick and Greg,

Drafts of the agreed motion to extend the deadlines for responding to the complaint and the proposed order are attached. Let us know if you have any changes or if we are authorized to file.

Thanks,
Brett

**Brett Pinkus** Partner
Spencer Fane LLP

2200 Ross Avenue, Suite 1700 | Dallas, TX 75201
O 469.749.2347
bpinkus@spencerfane.com | spencerfane.com

---

**From:** Erick Robinson <erobinson@CJSJLAW.com>
**Sent:** Wednesday, June 17, 2026 11:55 AM
**To:** Pinkus, Brett <bpinkus@spencerfane.com>; Charles R. Macedo <cmacedo@ARELAW.com>
**Cc:** Greg Love <glove@cjsjlaw.com>; Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>;

Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** [EXTERNAL] Re: Native Pixel, Inc. v. WaveMaker, Inc.

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Let's do Wednesday at 2pm CT. I will send an invite. Thanks!

**Erick S. Robinson**
Partner
**CHERRY JOHNSON SIEGMUND JAMES, PC**
**P:** (713) 498-6047

---

**From:** Pinkus, Brett <bpinkus@spencerfane.com>
**Sent:** Wednesday, June 17, 2026 11:32 AM
**To:** Erick Robinson <erobinson@CJSJLAW.com>; Charles R. Macedo <cmacedo@ARELAW.com>
**Cc:** Greg Love <glove@cjsjlaw.com>; Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Native Pixel, Inc. v. WaveMaker, Inc.

Yes, let's go ahead with our call this afternoon.

We can be also be generally available next Tuesday or on next Wednesday between 1-3 pm CT.

**Brett Pinkus** Partner
Spencer Fane LLP

2200 Ross Avenue, Suite 1700 | Dallas, TX 75201
O 469.749.2347
bpinkus@spencerfane.com | spencerfane.com

---

**From:** Erick Robinson <erobinson@CJSJLAW.com>
**Sent:** Wednesday, June 17, 2026 10:56 AM
**To:** Pinkus, Brett <bpinkus@spencerfane.com>; Charles R. Macedo <cmacedo@ARELAW.com>
**Cc:** Greg Love <glove@cjsjlaw.com>; Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** [EXTERNAL] Re: Native Pixel, Inc. v. WaveMaker, Inc.

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Brett,

We are still finalizing the complaint as the patent was only recently revived, so let's set a call for early next week to discuss, before which time Native Pixel will disclose the claims and draft complaint. How is your Tuesday or Wednesday? As for damages, we are not required to provide amounts or details at the pleading stage, but damages will take the same form as the current two Patents-in-Suit.

Let's go ahead with the remainder of the call today, including your refiling of the motion to dismiss as well as the discovery order and protective order. Let me know a good time Tuesday or Wednesday next week to talk about the motion to amend and the new patent.

Thanks,
Erick

**Erick S. Robinson**
Partner
**CHERRY JOHNSON SIEGMUND JAMES, PC**
**P:** (713) 498-6047

---

**From:** Pinkus, Brett <bpinkus@spencerfane.com>
**Sent:** Wednesday, June 17, 2026 10:40 AM
**To:** Charles R. Macedo <cmacedo@ARELAW.com>; Erick Robinson <erobinson@cjsjlaw.com>
**Cc:** Greg Love <glove@cjsjlaw.com>; Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Native Pixel, Inc. v. WaveMaker, Inc.

Erick,

For your proposed motion to amend the complaint, please provide a draft of the complaint so that we can review. We need to know, at a minimum, what claims are being asserted, what product is being accused, and the damages being sought for this additional patent, so that we can understand the impact on the litigation.

We should also discuss how this amendment would impact the existing schedule. We would need to receive your infringement contentions before serving our eligibility and invalidity contentions, and the timing of service of your infringement contentions will also impact the timing and re-filing of our motion to dismiss and compliance with the Additional Disclosures required by the Discover Order. Please let us know your thoughts on the schedule or be prepared to discuss on our call this afternoon.

Brett

**Brett Pinkus** Partner
Spencer Fane LLP

2200 Ross Avenue, Suite 1700 | Dallas, TX 75201
O 469.749.2347
bpinkus@spencerfane.com | spencerfane.com

---

**From:** Charles R. Macedo <cmacedo@ARELAW.com>
**Sent:** Tuesday, June 16, 2026 9:27 PM
**To:** Erick Robinson <erobinson@cjsjlaw.com>

**Cc:** Pinkus, Brett <bpinkus@spencerfane.com>; Greg Love <glove@cjsjlaw.com>; Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** [EXTERNAL] Re: Native Pixel, Inc. v. WaveMaker, Inc.

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Erick

Please send the proposed Amended Complaint.

Charley
Sent from my iPhone

On Jun 16, 2026, at 9:56 PM, Erick Robinson <erobinson@cjsjlaw.com> wrote:

**External E-Mail**

Charley and Brett,

Great, thanks. We also have an additional topic to discuss: our intent to amend the complaint. We don't need leave of court unless there is an additional patent. However, we just had a patent that was revived from being expired due to the failure to pay maintenance fees, and we plan to add that patent to this case as well. That patent is attached for your convenience. Let us know whether WaveMaker opposes out motion to amend and to include the new patent.

Also, I have attached a protective order and discovery order with redlines against the court's sample/template.

Thanks again,
Erick

**Erick S. Robinson**
Partner
**CHERRY JOHNSON SIEGMUND JAMES, PC**
**P:** (713) 498-6047
<image.png>

---

**From:** Pinkus, Brett <bpinkus@spencerfane.com>
**Sent:** Tuesday, June 16, 2026 2:45 PM
**To:** Erick Robinson <erobinson@CJSJLAW.com>; Charles R. Macedo <cmacedo@ARELAW.com>; Greg Love <Glove@CJSJLAW.com>
**Cc:** Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** RE: Native Pixel, Inc. v. WaveMaker, Inc.

3 pm CT works for us

**Brett Pinkus** Partner
Spencer Fane LLP

2200 Ross Avenue, Suite 1700 | Dallas, TX 75201
O 469.749.2347
bpinkus@spencerfane.com | spencerfane.com

**From:** Erick Robinson <erobinson@CJSJLAW.com>
**Sent:** Tuesday, June 16, 2026 2:18 PM
**To:** Charles R. Macedo <cmacedo@ARELAW.com>; Pinkus, Brett <bpinkus@spencerfane.com>; Greg Love <Glove@CJSJLAW.com>
**Cc:** Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** [EXTERNAL] Re: Native Pixel, Inc. v. WaveMaker, Inc.

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

How about 3pm CT?

<image001.png>

**Erick S. Robinson**
Partner

**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
**P:** (713) 498-6047
**F:** (713) 583-9737
**www.cjsjlaw.com**

**From:** Charles R. Macedo <cmacedo@ARELAW.com>
**Sent:** Tuesday, 16 June 2026 10:28:32
**To:** Erick Robinson <erobinson@CJSJLAW.com>; Pinkus, Brett <bpinkus@spencerfane.com>; Greg Love <Glove@CJSJLAW.com>
**Cc:** Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** Re: Native Pixel, Inc. v. WaveMaker, Inc.

I see our emails crossed. I am generally open tomorrow, but would like to lock in a time now. Please advise on what works for you.

Charley Macedo
**Amster, Rothstein & Ebenstein LLP**

**From:** Charles R. Macedo <cmacedo@ARELAW.com>
**Date:** Tuesday, June 16, 2026 at 11:27 AM
**To:** Erick Robinson <erobinson@CJSJLAW.com>; Pinkus, Brett <bpinkus@spencerfane.com>; Greg Love <Glove@CJSJLAW.com>
**Cc:** Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** Re: Native Pixel, Inc. v. WaveMaker, Inc.
Hi Erick:

I am writing to confirm if we are speaking this afternoon to address the meet and confer requirements for Wavemaker's refiling its motion to dismiss. I believe our renewed motion is due Monday, June 22. In view of the Court's orders for counsel to have a real meet and confer, we would like to see if there are any terms you believe need to be construed beyond those identified in our joint letter, and if you have a proposed construction that you believe is consistent with your complaint and infringement contentions that would make the claim eligible in your view.

Are you available at 2:00 p.m. ET/1:00 p.m. CT or sometime thereafter?

Thanks,

Charley

Charley Macedo
**Amster, Rothstein & Ebenstein LLP**

---

**From:** Erick Robinson <erobinson@CJSJLAW.com>
**Date:** Wednesday, June 10, 2026 at 4:36 PM
**To:** Pinkus, Brett <bpinkus@spencerfane.com>; Greg Love <Glove@CJSJLAW.com>
**Cc:** Charles R. Macedo <cmacedo@ARELAW.com>; Lewis Derenzis III <lderenzis@ARELAW.com>; WaveMaker <WaveMaker@ARELAW.com>; Joshua Jacobson <jjacobson@ARELAW.com>; Ari Rafilson <arafilson@cjsjlaw.com>; Grace Yang <gyang@cjsjlaw.com>; Mark Siegmund <msiegmund@cjsjlaw.com>
**Subject:** Re: Native Pixel, Inc. v. WaveMaker, Inc.
**External E-Mail**

Brett, I can do anytime on Tuesday. I will know more about my Friday schedule tomorrow morning and will let you know. Thanks!

**Erick S. Robinson**
Partner
**CHERRY JOHNSON SIEGMUND JAMES, PC**
**P:** (713) 498-6047
<image002.png>

---

**From:** Pinkus, Brett <bpinkus@spencerfane.com>
**Sent:** Wednesday, June 10, 2026 3:16 PM