**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DISTRICT**

| | | |
|---|---|---|
| **NATIVE PIXEL INC.,** | § | |
| | § | |
| Plaintiff, | § | Case No. 2:26-cv-00771-JRG-RSP |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **WAVEMAKER, INC.,** | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER ON DEFENDANTS' WAVEMAKER, INC.'S MOTION TO DISMISS PLAINTIFF NATIVE PIXEL, INC. COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Before the Court is Defendant Wavemaker, Inc.'s Motion to Dismiss Plaintiff Native Pixel, Inc.'s Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion"). The Court, having considered the Motion, and all briefing, is of the opinion the motion should be GRANTED. It is hereby ORDERED that Native Pixel's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.